STATE OF CONNECTICUT *v.* ROBERT C. MILLER

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 55 Conn. App. 298 (AC 18158), is denied.

*Ronald G. Weller,* assistant state's attorney, in support of the petition.

*Theresa M. Dalton,* assistant public defender, in opposition.

Decided February 2, 2000

DONNA M. MCCARTHY *v.* VINCENT P. MCCARTHY

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 326 (AC 18932), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Ann-Louise Lohr,* in support of the petition.

*Jeffrey J. Holley,* in opposition.

Decided February 2, 2000

SUZANNE BAUGHMAN *v.* PATRICK COLLINS ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 56 Conn. App. 34 (AC 18496), is denied.

*M. Jeffry Spahr,* in support of the petition.

*Robert G. Golger,* in opposition.

Decided February 2, 2000